

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2009
APRIL 6, 2010 SESSION

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 5:10 - 00063
                                      18 U.S.C. § 113(a)(3)

EUGENE MONTGOMERY


I N D I C T M E N T

The Grand Jury Charges:

On or about December 20, 2009, at or near Beaver, Raleigh
County, West Virginia, within the Southern District of West
Virginia, and within the special territorial jurisdiction of the
United States, that is, in the Federal Correctional Institution at
Beckley, defendant EUGENE MONTGOMERY did knowingly assault with a
dangerous weapon, that is, a combination lock attached to a belt,
with intent to do bodily harm, and without just cause or excuse, a
person known to the Grand Jury.

In violation of Title 18, United States Code, Section
113(a)(3).

                                  CHARLES T. MILLER
                                  United States Attorney

                          By:     _____
                                  JOHN L. FILE
                                  Assistant United States Attorney