UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION



UNITED STATES OF AMERICA

v.   CRIMINAL NO. 5:10-cr-00063

EUGENE MONTGOMERY

## VERDICT

### COUNT ONE

\_\_\_X\_\_\_ We the jury find the Defendant, Eugene Montgomery, GUILTY beyond a reasonable doubt of the charge of Possession of a Prohibited Object in Prison, in violation of 18 U.S.C. § 1791(a)(2), as contained in Count One of the Indictment.

_____ We the jury find the Defendant, Eugene Montgomery, NOT GUILTY of Count One.

### COUNT TWO

\_\_\_X\_\_\_ We the jury find the Defendant, Eugene Montgomery, GUILTY beyond a reasonable doubt of the charge of Assault with a Dangerous Weapon, in violation of 18 U.S.C. § 113(a)(3), as contained in Count Two of the Indictment.

_____ We the jury find the Defendant, Eugene Montgomery, NOT GUILTY of Count Two.

\_\_\_9/22/2010_____
DATE